IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY VAUGHAN,

    Petitioner,                      No. CIV S-04-2549 DFL DAD P

    vs.

TERESA SCHWARTZ,

    Respondent.                    <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve a second amended petition that complies with the court's order filed February 8, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's February 27, 2006 request for extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve his second amended petition; petitioner is directed not to submit an application to proceed in forma pauperis.

DATED: March 7, 2006.

                                                     _____
                                                     DALE A. DROZD
DAD:13:mp                                       UNITED STATES MAGISTRATE JUDGE
vaug2549.111