IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**BILLY VAUGHAN,**     CIV S-04-2549 DFL DAD P

    Petitioner,     **ORDER**

    **v.**

**TERESA SCHWARTZ,**

    Respondent.

_____/

    Good cause appearing, Respondent's April 10, 2006 request for a thirty-day (30) enlargement of time is granted. Therefore, the response to Petitioner's second amended petition for writ of habeas corpus shall be filed no later than May 15, 2006.

**IT IS SO ORDERED.**

DATED: April 19, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/vaug2549.extresp